

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Seth Adam Blake,　　　　　　　　　　* From the 42nd District Court
　　　　　　　　　　　　　　　　　　　of Taylor County,
　　　　　　　　　　　　　　　　　　　Trial Court No. 29733-A.

Vs. No. 11-23-00165-CR　　　　　　　* August 1, 2024

The State of Texas,　　　　　　　　　* Memorandum Opinion by Trotter, J.
　　　　　　　　　　　　　　　　　　　(Panel consists of: Bailey, C.J.,
　　　　　　　　　　　　　　　　　　　Trotter, J., and Williams, J.)

　　　　This court has inspected the record in this cause and concludes that there is no error in the judgments below. Therefore, in accordance with this court's opinion, the judgments of the trial court are in all things affirmed.